BUCHHOLZ-HILL TRANSPORTATION COMPANY, Respondent;
              v. JOHN F. BAXTER, Appellant.

Reported below, 142 App. Div. 25.
(Submitted April 24, 1911; decided May 2, 1911.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered January 12, 1911, affirming
a judgment in favor of plaintiff entered upon a verdict in
an action to recover damages alleged to have been occa-
sioned plaintiff through the neglect of defendant to
promptly perform his contract with the said plaintiff to
buoy a certain wreck.

The motion was made upon the ground that the appeal
was taken for purpose of delay and was frivolous.

*Pierre M. Brown* for motion.

*Norman B. Beecher* opposed.

Motion denied, with ten dollars costs.